**Order entered April 21, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00963-CR

**CORNELIUS TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-52355-M**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Valencia Bush to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Ms. Bush to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **July 1, 2016**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; Felicia Pitre, Dallas County District Clerk; Valencia Bush; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first class mail, to Cornelius Turner, TDCJ No. 2018694, Ferguson Unit, 12120 Savage Dr., Midway, Texas 75852-3654.


/s/     LANA MYERS
        JUSTICE